IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| KRISTIE JACKSON STARGELL, | : | CASE NO. 17-50323-JRS |
| | : | |
| Debtor. | : | |
| | : | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| KRISTIE JACKSON STARGELL, Debtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW Capital One Auto Finance, a division of Capital One, N.A. (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On January 5, 2017, Kristie Jackson Stargell ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $22,989.57 secured by a 2010 Mercedes-Benz GLK350 (the "Collateral").

3.

Debtor's Chapter 13 Plan proposes to pay Movant's secured claim of $22,989.57 at $18,000.00 at 4%, with $50.00 payments per month in pre-confirmation adequate protection and

$500.00 per month post-confirmation payments.

4.

Movant objects to the treatment of its claim in the proposed plan. Movant's claim amount of $22,989.57 should be paid in full, as the Collateral was purchased on September 16, 2015, which is within 910 days of filing.

5.

Debtor's proposed interest rate of only 4% is not *Till* compliant. It provides a risk factor of only 1/4 of a point above *prime*, which does not reflect the risk of maintaining the Collateral in this case. The prime rate of interest was 3.75% the month this case was filed. The interest rate with risk factor that would protect Movant in this case is no less than 7.75%. Accordingly, the plan cannot confirm without an interest rate of at least 7.75%.

6.

The Collateral is depreciating through use and over time and the Debtor is not adequately protecting Movant's interest in the Collateral. Debtor is not proposing an appropriate pre-confirmation adequate protection payments in violation of 11 U.S.C. Section 1326(a)(1)(C).

The NADA value of the Collateral depreciated at an average rate of $343.75 in the 12 months prior to the filing date based upon a drop in value between the January 2016 base NADA value of $20,450.00 and the January 2017 base NADA value of $16,325.00. Accordingly, Debtor must adequately protect Movant's interest in the Collateral by increasing adequate protection payments prior to the step increase to at least $343.75 to match the rate of depreciation.

Any increase in pre-confirmation adequate protection payments prior to Confirmation needs to be made to have the effect of being retroactive to the filing date to pay Movant the correct amount of adequate protection (i.e., a lump sum amount that will be enough to make up for the difference in adequate protection previously disbursed by the Trustee and what Movant is entitled to).

7.

This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6). Debtor bears the burden of proving all elements of confirmation, including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J.

8.

The specific terms of the proposed plan itself are not proposed in good faith in violation of 11 U.S.C. §1325(a)(3). Debtor lists no spouse or dependents, yet Debtor's Schedule B and Plan lists two (2) vehicles. Debtor should be required to increase the monthly payment amounts to the Trustee, or surrender one of the cars as it is not necessary for an effective reorganization.

9.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This January 18, 2017.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
        Attorneys for Movant


        By:  /s/Philip L. Rubin
            Philip L. Rubin
            Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com

# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: January 17, 2017

Customer:    Stargell, Kristie

File No.:    COAF-1131387

Vehicle Description:    2010 MERCEDES-BENZ GLK Class Utility 4D GLK350 AWD

VIN:    WDCGG8HB0AF275746

## Base Values

Retail: $  16325.00         Wholesale/Trade-in: $  13525.00

## Optional Equipment/Adjustments

Estimated Miles    92500    $   0.00

## Total Adjusted N.A.D.A. Used Car Guide Values

Retail: $  16325.00         Retail/Wholesale Average: $  14925.00

Reference  01/2017 Southeastern

Acct #: XXXXXXXXXXXXX9220/1131387

**170**

**MERCEDES-BENZ**

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2011 M CLASS-V8-AWD** | | | | | | | **Mileage Class: V** | |
| 32625 | 35775 | 38425 | Utility 4D ML63 AMG | BB7H | 92590 | 5093 | 34600 | 41650 |

**M CLASS OPTIONS**

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| **Add** Certified Pre-Owned | | 2525 | **Ded** W/out Leather Seats | 725 | 725 |
| **Add** Harman Kardon (Std. ML63) | 400 | 450 | **Ded** W/out Navigation System | 675 | 675 |
| **Add** Rear Entertainment System | 550 | 625 | | | |

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2011 GL CLASS-V6/V8-4WD** | | | | | | | **Mileage Class: V** | |
| 22950 | 25175 | 27025 | Utility 4D GL350 BlueTEC | BF2F | 60950 | 5423 | 24325 | 30000 |
| 23925 | 26175 | 28050 | Utility 4D GL450 | BF7B | 61950 | 5346 | 25250 | 31050 |
| 28925 | 31250 | 33200 | Utility 4D GL550 | BF8G | 84450 | 5545 | 29900 | 36375 |

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| **Add** Certified Pre-Owned | | 2825 | **Ded** W/out Leather Seats | 725 | 725 |
| **Add** Harman Kardon (Std. GL550) | 400 | 450 | **Ded** W/out Navigation System | 675 | 675 |
| **Add** Rear Entertainment System | 550 | 625 | **Ded** W/out Rear Air Conditioning | 475 | 475 |

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2010 R CLASS-V6-4WD** | | | | | | | **Mileage Class: IV** | |
| 13150 | 15075 | 16700 | Wagon 4D R350 | CB6F | 49300 | 4949 | 15050 | 20000 |
| 14300 | 16275 | 17925 | Wagon 4D R350 BlueTEC | CB2F | 50800 | 5203 | 16150 | 21275 |

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| **Add** Certified Pre-Owned | | 2075 | **Ded** W/out Navigation System | 600 | 600 |
| **Add** Harman Kardon Stereo | 375 | 425 | **Ded** W/out Rear Air Conditioning | 400 | 400 |
| **Add** Rear Entertainment System | 550 | 625 | **Ded** W/out Rear Bucket Seats | 350 | 350 |

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2010 GLK CLASS-V6-AWD** | | | | | | | **Mileage Class: IV** | |
| 12900 | 14825 | 16450 | Utility 4D GLK350 (2WD) | GG5G | 33900 | 4034 | 14825 | 19725 |
| 13550 | 15500 | 17125 | Utility 4D GLK350 | GG8H | 35900 | 4036 | 15425 | 20450 |

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| **Add** Certified Pre-Owned | | 2000 | **Ded** W/out Leather Seats | 725 | 725 |
| **Add** Harman Kardon Stereo | 375 | 425 | **Ded** W/out Navigation System | 600 | 600 |
| **Add** Rear Entertainment System | 550 | 625 | **Ded** W/out Power Sunroof | 600 | 600 |

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2010 M CLASS-V6/V8-4WD/AWD** | | | | | | | **Mileage Class: IV** | |
| 13950 | 15925 | 17575 | Utility 4D ML350 (2WD) | BB5G | 45700 | 4632 | 15825 | 20100 |
| 14850 | 16850 | 18525 | Utility 4D ML350 | BB8G | 48200 | 4705 | 16675 | 21100 |
| 15050 | 17050 | 18725 | Utility 4D ML350 BlueTEC | BB2F | 49700 | 4974 | 16875 | 21325 |
| 15725 | 17750 | 19450 | Utility 4D ML450 Hybrid | BB9F | 55000 | 5247 | 17525 | 22075 |
| 16650 | 18700 | 20425 | Utility 4D ML550 | BB7C | 56750 | 4795 | 18400 | 23100 |
| **2010 M CLASS-V8-4WD** | | | | | | | **Mileage Class: V** | |
| 28175 | 31225 | 33800 | Utility 4D ML63 AMG | BB7H | 91050 | 5093 | 30425 | 37000 |

**M CLASS OPTIONS**

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| **Add** Certified Pre-Owned | | 2425 | **Ded** W/out Leather Seats | 725 | 725 |
| **Add** Harman Kardon (Std. ML63) | 375 | 425 | **Ded** W/out Navigation System | 600 | 600 |
| **Add** Rear Entertainment System | 550 | 625 | **Ded** W/out Rear Air Conditioning | 400 | 400 |

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2010 GL CLASS-V6/V8-4WD** | | | | | | | **Mileage Class: V** | |
| 19900 | 22050 | 23850 | Utility 4D GL350 BlueTEC | BF2F | 59950 | 5423 | 21475 | 26300 |
| 19925 | 22075 | 23875 | Utility 4D GL450 | BF7B | 60950 | 5346 | 21500 | 26325 |
| 24350 | 26600 | 28475 | Utility 4D GL550 | BF8G | 82850 | 5545 | 25650 | 31100 |

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| **Add** Certified Pre-Owned | | 2725 | **Ded** W/out Leather Seats | 725 | 725 |
| **Add** Harman Kardon (Std. GL550) | 375 | 425 | **Ded** W/out Navigation System | 600 | 600 |
| **Add** Rear Entertainment System | 550 | 625 | **Ded** W/out Rear Air Conditioning | 400 | 400 |

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| **2009 R CLASS-V6-4WD** | | | | | | | **Mileage Class: IV** | |
| 10100 | 11900 | 13400 | Wagon 4D R320 BlueTEC | CB25 | 47950 | 5092 | 12075 | 16775 |
| 8950 | 10700 | 12175 | Wagon 4D R350 | CB65 | 46450 | 4940 | 10975 | 15475 |

| | Trade-in/Loan | Retail | | Trade-in/Loan | Retail |
|---|---|---|---|---|---|
| **Add** Rear Entertainment System | 425 | 475 | **Ded** W/out Navigation System | 450 | 450 |
| **Ded** W/out Harman Kardon Stereo | 375 | 375 | **Ded** W/out Rear Air Conditioning | 350 | 350 |
| **Ded** W/out Leather Seats | 600 | 600 | **Ded** W/out Rear Bucket Seats | 325 | 325 |

JAN 2016 H

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| KRISTIE JACKSON STARGELL | : CASE NO. 17-50323-JRS |
| | : |
| Debtor. | : |
| | : |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : |
| | : |
| Movant, | : |
| | : CONTESTED MATTER |
| v. | : |
| | : |
| KRISTIE JACKSON STARGELL, Debtor; and NANCY J. WHALEY, Trustee, | : |
| | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Kristie Jackson Stargell
217 Saint Martins Lane SE
Mableton, GA 30216

A. Allen Hammond
122 South Main Street
Jonesboro, GA 30236

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

    This January 18, 2017.

            The Law Office of
            LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
            Attorneys for Movant


            By: /s/Philip L. Rubin
                Philip L. Rubin
                Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com