UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:    KRISTIE JACKSON STARGELL

Debtor(s)

Case No. A17-50323-JRS

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/05/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/07/2017.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $31,445.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,936.00 |
| Less amount refunded to debtor | $1,333.23 |

**NET RECEIPTS:** $2,602.77

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $227.77 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,227.77

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL CORPO | Unsecured | 1,695.00 | 857.44 | 857.44 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 18,000.00 | 22,989.57 | 22,989.57 | 300.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,000.00 | 1,146.95 | 1,146.95 | 0.00 | 0.00 |
| FORTIVA | Unsecured | 2,600.00 | 3,485.06 | 3,485.06 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 350.00 | 737.09 | 737.09 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL SERVICES, IN | Secured | 2,800.00 | 3,053.68 | 3,053.68 | 0.00 | 0.00 |
| PINNACLE CREDIT UNION | Secured | 1,800.00 | 2,040.07 | 2,040.07 | 75.00 | 0.00 |
| PINNACLE CREDIT UNION | Unsecured | NA | 852.22 | 852.22 | 0.00 | 0.00 |
| PINNACLE CREDIT UNION | Unsecured | NA | 1,629.04 | 1,629.04 | 0.00 | 0.00 |
| REPUBLIC FINANCE, LLC | Unsecured | 1,100.00 | 2,471.88 | 2,471.88 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/BRANDSMART | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| TD BANKUSA/TARGET | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| THE HOME DEPOT/CBNA | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| BASIX | Unsecured | 3,933.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HEALTHCARE OF ATL | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| DIXIE FINANCE COMPANY INC | Unsecured | 2,940.00 | NA | NA | 0.00 | 0.00 |
| CALIBER HOME LOANS | Secured | 237,800.00 | NA | NA | 0.00 | 0.00 |
| ROOMS TO GO | Secured | 412.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| STERLING FINANCE CO | Unsecured | NA | 2,388.00 | 2,388.00 | 0.00 | 0.00 |
| W.S. BADCOCK CORPORATION | Secured | 2,100.00 | 1,650.34 | 1,650.34 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,029.64 | $375.00 | $0.00 |
| All Other Secured | $4,704.02 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$29,733.66** | **$375.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$13,567.68** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,227.77 |
| Disbursements to Creditors | $375.00 |
| **TOTAL DISBURSEMENTS** : | **$2,602.77** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/02/2017      By: /s/ Nancy Whaley
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

Case No. A17-50323-JRS

This is to certify that I have this day served the following with a copy of the foregoing Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
KRISTIE JACKSON STARGELL
217 SAINT MARTINS LANE SE
MABLETON, GA  30216

**By Consent of the parties,** the following have received an electronic copy of the foregoing Trustee's Final Report through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
HAMMOND & HAMMOND, PC
allenhammond@mindspring.com

This the 2nd day of May, 2017.

/s/_____
    Nancy J. Whaley
    Standing Chapter 13 Trustee
    State Bar No. 377941
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**