UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

KRISTA JACKSON STARGELL,　　　　　　　CASE NO. 17-50323-JRS

　　Debtor　　　　　　　　　　　　　　　　CHAPTER 7

PINNACLE CREDIT UNION,　　　　　　　　JUDGE SACCA

　　Movant,

Vs.

KRISTA JACKSON STARGELL,
Debtor and S. GREGORY HAYES,
Trustee,

　　Respondents.

## WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW, Pinnacle Credit Union (hereinafter "the Movant") by and through its counsel and files this Withdrawal of its previously filed Motion for Relief f from Automatic Stay.

This the __22nd__ day of _____AUGUST_____, 2017.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　KIMBERLY E. HALL
　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 319115

P. O. Box 2538
Calhoun, GA 30703
(404) 317-4512
khall104@aol.com

        CASE NO. 17-50323-JRS
        JUDGE SACCA
        CHAPTER 7

**CERTIFICATE OF SERVICE**

I, KIMBERLY E. HALL, hereby certify that I have this day served a true and exact copy of the foregoing and attached Withdrawal of Motion for Relief by depositing same with First class postage attached and addressed as follows:

Krista Jackson Stargell
Debtor
217 Saint Martins Lane
Mabelton, GA 30216

Hammond and Hammond PC
Debtor's Attorney
122 South Main Street
Jonesboro, GA 30236

S. Gregory Hayes
Chapter 7 Trustee
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326

This the __22nd__ day of _____AUGUST_____, 2017.

Respectfully submitted,

/s/_____
KIMBERLY E. HALL
Attorney for Movant
Georgia Bar No. 319115

P. O. Box 2538
Calhoun, GA 30703
(404) 317-4512
khall104@aol.com