**IT IS ORDERED as set forth below:**



**Date: December 5, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **KRISTIE JACKSON STARGELL**, | : | CASE NO. **17-50323**-JRS |
| | : | |
| Debtor. | : | |
| __ __ __ __ __ __ __ __ __ __ | : | __ __ __ __ __ __ __ __ __ __ |
| CAPITAL ONE AUTO FINANCE, A | : | |
| DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| KRISTIE JACKSON STARGELL, | : | |
| Debtor; | : | |
| and S. GREGORY HAYS, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

This matter came on for a reset hearing November 21, 2017, on the *Motion for Relief from Automatic Stay* filed by Capital One Auto Finance, a division of Capital One, N.A.

("Motion")("Movant").  Movant claims a security interest in Debtor's vehicle: 2010 Mercedes Benz GLK350 (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

| PREPARED and PRESENTED BY: | NO OPPOSITION TO: |
|---|---|
| The Law Office of LEFKOFF, RUBIN, GLEASON & RUSSO, P.C. Attorneys for Movant | Chapter 7 Trustee |

By: _____/s/_____
   Philip L. Rubin
   Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

By:_____/s/_____*with express permission*
   S. Gregory Hays
   Ga. State Bar No.
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420

# DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Kristie Jackson Stargell
217 Saint Martins Lane SE
Mableton, GA 30216

A. Allen Hammond
122 South Main Street
Jonesboro, GA 30236

S. Gregory Hays
Chapter 7 Trustee
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420