UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KRISTIE JACKSON STARGELL | ) | CASE NO. 17-50323-jrs |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, ALBERTELLI LAW, attorneys for Caliber Home Loans, Inc., hereby enters it Notice of Appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby request notice in regard to the following property:

- Property Address: 217 Saint Martins Lane SE, Mableton, Georgia 30216

- Last Four Digits of Loan Number: 0636

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g).

/s/ Susan B. Shaw
Susan B. Shaw
Albertelli Law
Georgia Bar No.: 640237
100 Galleria Parkway, Suite 960
Atlanta, Georgia 30339
Assistant's Telephone – (813) 221-4743
Facsimile – (813) 221-9171
sshaw@albertellilaw.com

ALAW FILE NO. 17-027795

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January, 2018, I served a copy of the foregoing Notice of Appearance and Request for Service via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list.

## SERVICE LIST

**Kristie Jackson Stargell**
217 Saint Martins Lane SE
Mableton, GA 30216

**Michael R. Rethinger**
Law Offices of Michael R. Rethinger, LLC
241 Mitchell Street, SW
Atlanta, GA 30303

*Trustee*
**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Arnall Golden Gregory LLP**
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

**Michael J. Bargar**
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

/s/ Susan B. Shaw
Susan B. Shaw
Albertelli Law
Georgia Bar No.: 640237
100 Galleria Parkway, Suite 960
Atlanta, Georgia 30339
Assistant's Telephone – (813) 221-4743
Facsimile – (813) 221-9171

sshaw@albertellilaw.com