

**IT IS ORDERED as set forth below:**

Date: January 9, 2019

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KRISTIE JACKSON STARGELL, | : | CASE NO. 17-50323-JRS |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT WITH DEBTOR UNDER RULE 9019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On December 5, 2018, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Kristie Jackson Stargell ("**Debtor**"), filed a *Motion for Order Authorizing Compromise and Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 80] (the "**Motion**"), seeking an order approving a settlement agreement (the "**Settlement Agreement**") between Trustee and Debtor,

13039625v1

wherein, *inter alia*,[1] Debtor shall pay $25,000.00 (the "**$25,000.00 Settlement Funds**") in good funds to Trustee for the interest of the Bankruptcy Estate (the "**Interest**") in that certain real property with a common address of 217 Saint Martins Lane, SE, Mableton, GA 30126 (the "**Property**").  In return, the Interest of the Bankruptcy Estate in the Property shall be deemed abandoned upon the later of: (1) Trustee's receipt in full of the $25,000.00 Settlement Funds from Debtor in good funds; and (2) this Settlement Approval Order becoming final.[2]  The complete terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On December 6, 2018, Trustee filed a notice of hearing [Doc. No. 81] (the "**Notice**") setting a hearing on the Motion for January 8, 2019 (the "**Hearing**").  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest.  [Doc. No. 83].

No party in interest filed or served an objection to the relief requested in the Motion. Counsel for Trustee appeared at the calendar call for the Hearing. No parties in interest appeared to oppose the relief requested in the Motion.

The Court having considered the Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein.  It is further

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement Agreement.  It is further

---

[1]  The following is a summary of the Settlement Agreement and is not intended to be comprehensive.  To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the Settlement Agreement controls.

[2]  Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

13039625v1

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone:  (404) 873-7030

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Michael R. Rethinger
Law Offices of Michael R. Rethinger, LLC
241 Mitchell Street, SW
Atlanta, GA 30303

Kristie Jackson Stargell
217 Saint Martins Lane SE
Mableton, GA 30216

13039625v1