# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| | | |
|---|---|---|
| **Case No.:** 17-50323-JRS | **Trustee Name:** | (300320) S. Gregory Hays |
| **Case Name:** STARGELL, KRISTIE JACKSON | **Date Filed (f) or Converted (c):** | 04/07/2017 (c) |
| | **§ 341(a) Meeting Date:** | 05/16/2017 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** | 10/23/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1* | 217 Saint Michaels Lane SE, Mableton, GA 30126 (See Footnote) | 246,910.00 | 34,400.00 | | 6,249.96 | 18,750.04 |
| 2 | 2010 Mercedes-Benz GLK350, 73250 miles. Entire property value: $12,625.00. Notice of abandonment filed on 8/8/17, Dkt # 53. | 12,625.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2004 Lexus RX 330, 284675 miles. Notice of abandonment filed on 8/8/17, Dkt # 53. | 7,600.00 | 0.00 | OA | 0.00 | FA |
| 4 | All HHG | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | All electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | All collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7 | All clothing | 200.00 | 0.00 | | 0.00 | FA |
| 8 | All jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Savings account: Bank of America | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Savings account: Pinnacle CU | 25.00 | 0.00 | | 0.00 | FA |
| 12 | Past due child support: Support | 9,034.39 | 0.00 | | 0.00 | FA |
| 13 | Settlement with Debtor relating to Equity in Real Property (u) Also see asset # 1. Settled per Order with installment payment over 24 months ending December 2020. | 0.00 | 0.00 | | 0.00 | 0.00 |
| **13** | **Assets Totals** (Excluding unknown values) | **$281,114.39** | **$34,400.00** | | **$6,249.96** | **$18,750.04** |

RE PROP# 1    Per Order approving settlement, Docket # 84), debtor is paying Trustee a total of $25,000 over 24 months representing the net equity in the Property after consideration of liens, exemptions and cost to sell.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 17-50323-JRS | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** STARGELL, KRISTIE JACKSON | **Date Filed (f) or Converted (c):** 04/07/2017 (c) |
| | **§ 341(a) Meeting Date:** 05/16/2017 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 10/23/2017 |

**Major Activities Affecting Case Closing:**

Case was originally filed as a Chapter 13 case on 1/5/17. It was converted to a Chapter 7 case on 4/7/17. Trustee calculated significant equity in real property. Debtor filed a motion to reconvert the case to Chapter 13 upon Trustee's pursuit of the sale of real property, which the Trustee opposed.

The Trustee and the Debtor have negotiated a purchase price for the equity in the property. Per Order approving settlement, (Docket # 84), debtor is paying Trustee a total of $25,000 over 24 months representing the net equity in the Property after consideration of liens, exemptions and cost to sell. The final payment is scheduled for December 2020, if not paid beforehand.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2019 | **Current Projected Date Of Final Report (TFR):** 12/31/2020 |
| 07/29/2019 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 17-50323-JRS | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | STARGELL, KRISTIE JACKSON | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5238 | | Account #: | ******8000 Checking |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/19 | | Kristie Stargell | Payment 1 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 1,041.66 |
| | {1} | | Payment 1 of 24. Per settlement approved per Order, Dkt # 84.  $1,041.66 | 1110-000 | | | 1,041.66 |
| 02/21/19 | | Kristie Stargell | Payment 2 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 2,083.32 |
| | {1} | | Payment 2 of 24. Per settlement approved per Order, Dkt # 84.  $1,041.66 | 1110-000 | | | 2,083.32 |
| 03/21/19 | | Kristie Stargell | Payment 3 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 3,124.98 |
| | {1} | | Payment 3 of 24. Per settlement approved per Order, Dkt # 84.  $1,041.66 | 1110-000 | | | 3,124.98 |
| 04/22/19 | | Kristie Stargell | Payment 4 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,000.00 | | 4,124.98 |
| | {1} | | Payment 4 of 24. Per settlement approved per Order, Dkt # 84.  $1,000.00 | 1110-000 | | | 4,124.98 |
| 04/22/19 | | Kristie Stargell | Payment 4 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 41.66 | | 4,166.64 |
| | {1} | | Payment 4 of 24. Per settlement approved per Order, Dkt # 84.  $41.66 | 1110-000 | | | 4,166.64 |
| 05/28/19 | | Kristie Stargell | Payment 5 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,000.00 | | 5,166.64 |
| | {1} | | Payment 5 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | | | 5,166.64 |

Page Subtotals:   $5,166.64   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| Case No.: | 17-50323-JRS | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | STARGELL, KRISTIE JACKSON | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5238 | | Account #: | ******8000 Checking |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $1,000.00 | | | | |
| 05/28/19 | | Kristie Stargell | Payment 5 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 41.66 | | 5,208.30 |
| | {1} | | Payment 5 of 24. Per settlement approved per Order, Dkt # 84. $41.66 | 1110-000 | | | 5,208.30 |
| 06/24/19 | | Kristie Stargell | Payment 5 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 6,249.96 |
| | {1} | | Payment 6 of 24. Per settlement approved per Order, Dkt # 84. $1,041.66 | 1110-000 | | | 6,249.96 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 6,249.96 | 0.00 | $6,249.96 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 6,249.96 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$6,249.96** | **$0.00** | |

{ } Asset Reference(s)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 17-50323-JRS |
| **Case Name:** | STARGELL, KRISTIE JACKSON |
| **Taxpayer ID #:** | **-***5238 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8000 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $6,249.96 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $6,249.96 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8000 Checking | $6,249.96 | $0.00 | $6,249.96 |
| | **$6,249.96** | **$0.00** | **$6,249.96** |