**Amitkumar Sharma**
**AIS Portfolio Services, LP**
**4515 N. Santa Fe Ave.**
**Oklahoma City, OK 73118**
**(800)946-0332 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISTIE JACKSON STARGELL | § | CASE NO. 17-50323-JRS-7 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR(S) | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER __4-1__**

COMES NOW, AIS Portfolio Services, LP, bankruptcy servicer for Capital One Auto Finance, a division of Capital One, N.A., and files this its Notice of Withdrawal of Proof of Claim Number __4-1__ filed by Scott Beauchamp and requests that its Claim filed in the above-styled and numbered case on __01/11/2017__ be withdrawn.

Respectfully submitted,

/s/ Amitkumar Sharma
Amitkumar Sharma
AIS PORTFOLIO SERVICES, LP
4515 N. SANTA FE AVE.
OKLAHOMA CITY, OK 73118
(800)946-0332

BANKRUPTCY SERVICER FOR
Capital One Auto Finance, a division of Capital
One, N.A.

## CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 26th day of April, 2021.

                                                      /s/ Amitkumar Sharma
                                                      Amitkumar Sharma

**DEBTOR ATTORNEY:**
MICHAEL R RETHINGER
LAW OFFICES OF MICHAEL R RETHINGER LLC
1392 MCLENDON AVENUE NE
Atlanta, GA 30307

**TRUSTEE:**
S. Gregory Hays
Trustee of the U.S.   Bankruptcy   Court
SUITE 555, 2964 PEACHTREE ROAD
Atlanta, GA 30305