UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-50323-jrs |
| ) | |
| KRISTIE JACKSON STARGELL, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Comes Now Pinnacle Credit Union (the "Credit Union") and withdraws its Proof of Claim filed on July 31, 2017, Claim Number 18 in the amount of $1,015.30, in the above styled case.

This 30th day of April, 2021.

Respectfully submitted,

KAPLAN, BOGUE & COOPER, P.C.

/s/
Virginia B. Bogue, Georgia Bar No. 065695
5909 Peachtree Dunwoody Road
Suite 990
Atlanta, Georgia 30328
(678) 384-7016 Direct
*vbogue@kbclegal.com*
Attorneys for Pinnacle Credit Union

{File: 00149426.DOCX / }

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-50323-jrs |
| ) | |
| KRISTIE JACKSON STARGELL, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Withdrawal of Proof of Claim* by depositing the same to the following parties in the U.S. Mail, to the following parties with adequate postage affixed thereon:

Kristie Jackson Stargell
217 Saint Martins Lane SE
Mableton, GA 30216

Michael R. Rethinger
Law Offices of Michael R. Rethinger, LLC
1392 McLendon Avenue NE
Atlanta, GA 30307

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

This 30th day of April, 2021.

Respectfully submitted,

KAPLAN, BOGUE & COOPER, P.C.

/s/_____
Virginia B. Bogue, Georgia Bar No. 065695

2