**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  STARGELL, KRISTIE            §   Case No. 17-50323-JRS
         JACKSON                     §
                                     §
                                     §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 01/05/2017. The case was converted to one under Chapter 7 on 04/07/2017. The undersigned trustee was appointed on 04/10/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of             $         25,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 498.15 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 24,501.85 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 10/23/2017 and the deadline for filing governmental claims was 10/22/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $3,250.00, for a total compensation of $3,250.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $95.57 for total expenses of $95.57$^2$.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2021

By: /s/ S. Gregory Hays
        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 17-50323-JRS
**Case Name:** STARGELL, KRISTIE JACKSON
**For Period Ending:** 07/27/2021

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 04/07/2017 (c)
**§ 341(a) Meeting Date:** 05/16/2017
**Claims Bar Date:** 10/23/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 217 Saint Michaels Lane SE, Mableton, GA 30126 (See Footnote) | 246,910.00 | 34,400.00 | | 25,000.00 | FA |
| 2 | 2010 Mercedes-Benz GLK350, 73250 miles. Entire property value: $12,625.00<br>Notice of abandonment filed on 8/8/17, Dkt # 53. | 12,625.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2004 Lexus RX 330, 284675 miles.<br>Notice of abandonment filed on 8/8/17, Dkt # 53. | 7,600.00 | 0.00 | OA | 0.00 | FA |
| 4 | All HHG | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | All electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | All collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7 | All clothing | 200.00 | 0.00 | | 0.00 | FA |
| 8 | All jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Savings account: Bank of America | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Savings account: Pinnacle CU | 25.00 | 0.00 | | 0.00 | FA |
| 12 | Past due child support: Support | 9,034.39 | 0.00 | | 0.00 | FA |
| 13 | Settlement with Debtor relating to Equity in Real Property (u)<br>Also see asset # 1. Settled per Order with installment payment over 24 months ending December 2020. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$281,114.39** | **$34,400.00** | | **$25,000.00** | **$0.00** |

RE PROP# 1    Per Order approving settlement, (Docket # 84), debtor paid Trustee a total of $25,000 over 24 months representing the net equity in the Property after consideration of liens, exemptions and cost to sell.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 17-50323-JRS
**Case Name:** STARGELL, KRISTIE JACKSON

**For Period Ending:** 07/27/2021

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 04/07/2017 (c)
**§ 341(a) Meeting Date:** 05/16/2017
**Claims Bar Date:** 10/23/2017

**Major Activities Affecting Case Closing:**

4/7/2017 - Case was originally filed as a Chapter 13 case on 1/5/17. It was converted to a Chapter 7 case on 4/7/17. Trustee calculated significant equity in real property. Debtor filed a motion to reconvert the case to Chapter 13 upon Trustee's pursuit of the sale of real property, which the Trustee opposed.

1/9/2019 - The Trustee and the Debtor have negotiated a purchase price for the equity in the property. Per Order approving settlement, (Docket # 84), debtor is paying Trustee a total of $25,000 over 24 months representing the net equity in the Property after consideration of liens, exemptions and cost to sell. The final payment is scheduled for December 2020, if not paid beforehand.

4/15/2021 - All payments from the Debtor have been received by the Trustee per the settlement agreement.

5/3/2021 - All claim issues have been resolved.

7/27/2021 - Trustee submitted his TFR on 7/27/21.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 03/31/2021

07/27/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Form 2

# Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 17-50323-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | STARGELL, KRISTIE JACKSON | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5238 | Account #: | ******8000 Checking |
| For Period Ending: | 07/27/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/19 | | Kristie Stargell | Payment 1 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 1,041.66 |
| | {1} | | Payment 1 of 24. Per settlement approved per Order, Dkt # 84.  $1,041.66 | 1110-000 | | | |
| 02/21/19 | | Kristie Stargell | Payment 2 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 2,083.32 |
| | {1} | | Payment 2 of 24. Per settlement approved per Order, Dkt # 84.  $1,041.66 | 1110-000 | | | |
| 03/21/19 | | Kristie Stargell | Payment 3 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 3,124.98 |
| | {1} | | Payment 3 of 24. Per settlement approved per Order, Dkt # 84.  $1,041.66 | 1110-000 | | | |
| 04/22/19 | | Kristie Stargell | Payment 4 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,000.00 | | 4,124.98 |
| | {1} | | Payment 4 of 24. Per settlement approved per Order, Dkt # 84.  $1,000.00 | 1110-000 | | | |
| 04/22/19 | | Kristie Stargell | Payment 4 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 41.66 | | 4,166.64 |
| | {1} | | Payment 4 of 24. Per settlement approved per Order, Dkt # 84.  $41.66 | 1110-000 | | | |
| 05/28/19 | | Kristie Stargell | Payment 5 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,000.00 | | 5,166.64 |
| | {1} | | Payment 5 of 24. Per settlement approved per Order, Dkt # 84.  $1,000.00 | 1110-000 | | | |
| 05/28/19 | | Kristie Stargell | Payment 5 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 41.66 | | 5,208.30 |
| | {1} | | Payment 5 of 24. Per settlement approved per Order, Dkt # 84.  $41.66 | 1110-000 | | | |
| 06/24/19 | | Kristie Stargell | Payment 6 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 6,249.96 |
| | {1} | | Payment 6 of 24. Per settlement approved per Order, Dkt # 84.  $1,041.66 | 1110-000 | | | |
| 08/01/19 | | Kristie Stargell | Payment 7 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 7,291.62 |
| | {1} | | Acct #1; Payment #7  $1,041.66 | 1110-000 | | | |
| 08/23/19 | | Kristie Stargell | Payment 8 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 8,333.28 |
| | {1} | | Acct #1; Payment #8  $1,041.66 | 1110-000 | | | |
| 09/25/19 | {1} | Kristie Stargell | Payment 9 of 24. Per settlement approved per Order, Dkt # 84. Payment bounced on 10/1/19. | 1110-000 | 1,041.66 | | 9,374.94 |

Page Subtotals:  $9,374.94  $0.00

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 17-50323-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | STARGELL, KRISTIE JACKSON | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5238 | Account #: | ******8000 Checking |
| For Period Ending: | 07/27/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/01/19 | {1} | KRISTIE JACKSON STARGELL | Deposit from debtor on 9/26/19 bounced. | 1110-000 | -0.06 | | 9,374.88 |
| 10/03/19 | | KRISTIE JACKSON STARGELL | Payment 9 of 24. Per settlement approved per Order, Dkt # 84. Payment bounced on 10/1/19. Replacement Check. | 1110-000 | 1,041.66 | | 10,416.54 |
| | {1} | | Acct #1; Payment #9         $1,041.66 | 1110-000 | | | |
| 10/03/19 | {1} | KRISTIE JACKSON STARGELL | Deposit from debtor on 9/26/19 bounced. | 1110-000 | -1,041.60 | | 9,374.94 |
| 10/31/19 | | Kristie Stargell | Payment 9 of 24. Per settlement approved per Order, Dkt # 84. Payment bounced on 10/1/19. | 1110-000 | 1,041.66 | | 10,416.60 |
| | {1} | | Acct #1; Payment #10         $1,041.66 | 1110-000 | | | |
| 12/04/19 | | Kristie Stargell | Payment 10 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 11,458.26 |
| | {1} | | Acct #1; Payment #11         $1,041.66 | 1110-000 | | | |
| 12/11/19 | | Kristie Stargell | Deposit from debtor on 12/4/19 bounced. Replacement money order received | | -1,041.66 | | 10,416.60 |
| | {1} | | Acct #1; Refund for Payment #24         -$1,041.66 | 1110-000 | | | |
| 12/19/19 | | Kristie Stargell | Payment 11 of 24. Per settlement approved per Order, Dkt # 84. Replaces bounced check. | 1110-000 | 1,000.00 | | 11,416.60 |
| | {1} | | Acct #1; Payment #11         $1,000.00 | 1110-000 | | | |
| 12/19/19 | | Kristie Stargell | Payment 11 of 24. Per settlement approved per Order, Dkt # 84. Replaces bounced check. | 1110-000 | 41.66 | | 11,458.26 |
| | {1} | | Acct #1; Payment #12         $41.66 | 1110-000 | | | |
| 01/28/20 | | Kristie Stargell | Payment 12 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,000.00 | | 12,458.26 |
| | {1} | | Acct #1; Payment #13         $1,000.00 | 1110-000 | | | |
| 01/28/20 | | Kristie Stargell | Payment 12 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 41.66 | | 12,499.92 |
| | {1} | | Acct #1; Payment #13         $41.66 | 1110-000 | | | |
| 01/30/20 | | Transition transfer Debit (Adjustment) | Adjustment to reflect actual transfer of $11,458.26 (Not $12,499.92). Balance of $1,041.66 transferred on 2/10/20. | 9999-000 | | -1,041.66 | 13,541.58 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 12,499.92 | 1,041.66 |
| 02/10/20 | | Transition transfer Debit | Transition Transfer Debit. Transfer from Mechanics Bank account to East West Bank account. | 9999-000 | | 1,041.66 | 0.00 |
| | | | Page Subtotals: | | $3,124.98 | $12,499.92 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 3

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 17-50323-JRS | **Trustee Name:** | S. Gregory Hays (300320) | |
| **Case Name:** | STARGELL, KRISTIE JACKSON | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***5238 | **Account #:** | ******8000 Checking | |
| **For Period Ending:** | 07/27/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | 12,499.92 | 12,499.92 | $0.00 |
| | | Less: Bank Transfers/CDs | | 0.00 | 12,499.92 | |
| | | **Subtotal** | | 12,499.92 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$12,499.92** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| | | |
|---|---|---|
| **Case No.:** 17-50323-JRS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** STARGELL, KRISTIE JACKSON | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** **-***5238 | **Account #:** | ******0141 Demand Deposit Account |
| **For Period Ending:** 07/27/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 11,458.26 | | 11,458.26 |
| 02/10/20 | | Transition Trasfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 1,041.66 | | 12,499.92 |
| 02/20/20 | | KRISTIE JACKSON STARGELL | Payment 13 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,000.00 | | 13,499.92 |
| | {1} | | Acct #1; Payment #14      $1,000.00 | 1110-000 | | | |
| 02/20/20 | | KRISTIE JACKSON STARGELL | Payment 13 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 41.66 | | 13,541.58 |
| | {1} | | Acct #1; Payment #14      $41.66 | 1110-000 | | | |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 10.82 | 13,530.76 |
| 04/03/20 | | Kristie Stargell | Payment 14 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 41.66 | | 13,572.42 |
| | {1} | | Acct #1; Payment #15      $41.66 | 1110-000 | | | |
| 04/03/20 | | Kristie Stargell | Payment 14 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,000.00 | | 14,572.42 |
| | {1} | | Acct #1; Payment #15      $1,000.00 | 1110-000 | | | |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.51 | 14,549.91 |
| 05/01/20 | | Kristie Stargell | Payment 15 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 15,591.57 |
| | {1} | | Acct #1; Payment #16      $1,041.66 | 1110-000 | | | |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.86 | 15,567.71 |
| 06/02/20 | | KRISTIE JACKSON STARGELL | Payment 16 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 16,609.37 |
| | {1} | | Acct #1; Payment #17      $1,041.66 | 1110-000 | | | |
| 06/30/20 | | KRISTIE JACKSON STARGELL | Payment 17 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 17,651.03 |
| | {1} | | Acct #1; Payment #18      $1,041.66 | 1110-000 | | | |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 28.03 | 17,623.00 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 29.05 | 17,593.95 |
| 08/18/20 | | KRISTIE JACKSON STARGELL | Payment 18 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 18,635.61 |
| | {1} | | Acct #1; Payment #19      $1,041.66 | 1110-000 | | | |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 27.73 | 18,607.88 |

Page Subtotals:    $18,749.88    $142.00

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 5

| Case No.: | 17-50323-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | STARGELL, KRISTIE JACKSON | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***5238 | Account #: | ******0141 Demand Deposit Account |
| For Period Ending: | 07/27/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/20 | | KRISTIE JACKSON STARGELL | Payment 19 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 19,649.54 |
| | {1} | | Acct #1; Payment #20  $1,041.66 | 1110-000 | | | |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.72 | 19,617.82 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.30 | 19,586.52 |
| 11/05/20 | | KRISTIE JACKSON STARGELL | Payment 20 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 20,628.18 |
| | {1} | | Acct #1; Payment #21  $1,041.66 | 1110-000 | | | |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.48 | 20,596.70 |
| 12/28/20 | | Kristie Stargell | Payment 21 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 21,638.36 |
| | {1} | | Acct #1; Payment #22  $1,041.66 | 1110-000 | | | |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.32 | 21,602.04 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 33.46 | 21,568.58 |
| 02/17/21 | | Kristie Stargell | Payment 22 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 22,610.24 |
| | {1} | | Acct #1; Payment #22  $1,041.66 | 1110-000 | | | |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 32.70 | 22,577.54 |
| 03/16/21 | | Kristie Stargell | Payment 23 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.66 | | 23,619.20 |
| | {1} | | Acct #1; Payment #24  $1,041.66 | 1110-000 | | | |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 40.58 | 23,578.62 |
| 04/15/21 | | KRISTIE JACKSON STARGELL | Payment 24 of 24. Per settlement approved per Order, Dkt # 84. | 1110-000 | 1,041.82 | | 24,620.44 |
| | {1} | | Acct #1; Payment #24  $1,041.82 | 1110-000 | | | |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 38.56 | 24,581.88 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.76 | 24,545.12 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 43.27 | 24,501.85 |
| | | COLUMN TOTALS | | | 25,000.00 | 498.15 | $24,501.85 |
| | | | Less: Bank Transfers/CDs | | 12,499.92 | 0.00 | |
| | | Subtotal | | | 12,500.08 | 498.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $12,500.08 | $498.15 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-50323-JRS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | STARGELL, KRISTIE JACKSON | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***5238 | **Account #:** | ******0141 Demand Deposit Account |
| **For Period Ending:** | 07/27/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $25,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $25,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8000 Checking | $12,499.92 | $0.00 | $0.00 |
| ******0141 Demand Deposit Account | $12,500.08 | $498.15 | $24,501.85 |
| | **$25,000.00** | **$498.15** | **$24,501.85** |

07/27/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 17-50323-JRS   KRISTIE JACKSON STARGELL

Claims Bar Date: 10/23/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | W. S. Badcock Corp. POB 724 Mulberry, FL 33860 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 01/10/17 | | $1,650.34 $1,650.34 | $0.00 | $1,650.34 |
| | The Trustee did not administer the asset associated with this secured claim and thus the Trustee will not be making a distribution on the secured claim. | | | | | |
| 4 | Capital One Auto Finance P.O. Box 165028 Irving, TX 75016 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 01/11/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Claim withdrawn per docket. #89. | | | | | |
| 6 | OneMain P.O. Box 3251 Evansville, IN 47731-3251 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 01/31/17 | | $3,053.68 $3,053.68 | $0.00 | $3,053.68 |
| | The Trustee did not administer the asset associated with this secured claim and thus the Trustee will not be making a distribution on the secured claim. | | | | | |
| 7 | PINNACLE CREDIT UNION 536 NORTH AVENUE NE ATLANTA, GA 30308 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 02/15/17 | | $2,040.07 $2,040.07 | $0.00 | $2,040.07 |
| | The Trustee did not administer the asset associated with this secured claim and thus the Trustee will not be making a distribution on the secured claim. | | | | | |
| ADM1 | S. Gregory Hays 3343 Peachtree Road, NE East Tower, Suite 200 Atlanta, GA 30326 <2100-000 Trustee Compensation> , 200 | Administrative 04/15/21 | | $3,250.00 $3,250.00 | $0.00 | $3,250.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 17-50323-JRS          KRISTIE JACKSON STARGELL

Claims Bar Date: 10/23/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| ADM2 | S. Gregory Hays<br>3343 Peachtree Road, NE<br>East Tower, Suite 200<br>Atlanta, GA 30326<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>02/05/21 | | $95.57<br>$95.57 | $0.00 | $95.57 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>02/05/21 | | $12,500.00<br>$12,500.00 | $0.00 | $12,500.00 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>02/05/21 | | $305.57<br>$305.57 | $0.00 | $305.57 |
| 1 | Republic Finance, LLC<br>1140 Roma Avenue<br>Hammond, LA 70403<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/10/17 | | $2,471.88<br>$2,471.88 | $0.00 | $2,471.88 |
| 3 | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/11/17 | | $1,146.95<br>$1,146.95 | $0.00 | $1,146.95 |
| 5 | Sterling Finance Company<br>Ste E-4<br>2450 Piedmont Road<br>Atlanta, GA 30324<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/17/17 | | $2,388.00<br>$2,388.00 | $0.00 | $2,388.00 |

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 17-50323-JRS        KRISTIE JACKSON STARGELL

Claims Bar Date: 10/23/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | PINNACLE CREDIT UNION<br>536 NORTH AVENUE NE<br>ATLANTA, GA 30308<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/15/17 | | $852.22<br>$852.22 | $0.00 | $852.22 |
| 9 | PINNACLE CREDIT UNION<br>536 NORTH AVENUE NE<br>ATLANTA, GA 30308<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/15/17 | | $1,629.04<br>$1,629.04 | $0.00 | $1,629.04 |
| 10 | 1st Franklin Financial Corporation<br>PO Box 6776<br>Douglasville, GA 30154<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/16/17 | | $857.44<br>$857.44 | $0.00 | $857.44 |
| 11 | MERRICK BANK<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/24/17 | | $737.09<br>$737.09 | $0.00 | $737.09 |
| 12 | Fortiva<br>POB 105555<br>Atlanta, GA 30348<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/30/17 | | $3,485.06<br>$3,485.06 | $0.00 | $3,485.06 |
| 13 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/10/17 | | $1,113.42<br>$1,113.42 | $0.00 | $1,113.42 |
| 14 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/10/17 | | $2,755.63<br>$2,755.63 | $0.00 | $2,755.63 |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 17-50323-JRS          KRISTIE JACKSON STARGELL

Claims Bar Date: 10/23/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/10/17 | | $4,039.49<br>$4,039.49 | $0.00 | $4,039.49 |
| 16 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Scheduled as secured claim | Unsecured<br>04/19/17 | | $979.57<br>$979.57 | $0.00 | $979.57 |
| 17 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/19/17 | | $3,363.55<br>$3,363.55 | $0.00 | $3,363.55 |
| 18 | PINNACLE CREDIT UNION<br>536 NORTH AVENUE NE<br>ATLANTA, GA 30308<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Claim withdrawn per Doc. #90. | Unsecured<br>07/31/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 19 | PINNACLE CREDIT UNION<br>536 NORTH AVENUE NE<br>ATLANTA, GA 30308<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Claim withdrawn per Doc. #91. | Unsecured<br>07/31/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 20 | PINNACLE CREDIT UNION<br>536 NORTH AVENUE NE<br>ATLANTA, GA 30308<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Claim withdrawn per Doc. #92. | Unsecured<br>07/31/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 5

# Exhibit C

## Analysis of Claims Register

**Case:** 17-50323-JRS          **KRISTIE JACKSON STARGELL**

Claims Bar Date: 10/23/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 | Directv, LLC<br>PO Box 5008<br>Carol Stream, IL 60197-5008<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/16/17 | | $456.15<br>$456.15 | $0.00 | $456.15 |
| 22 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/23/17 | | $2,872.22<br>$2,872.22 | $0.00 | $2,872.22 |
| | | | **Case Total:** | | **$0.00** | **$52,042.94** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-50323-JRS
Case Name: KRISTIE JACKSON STARGELL
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 24,501.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | W. S. Badcock Corp. | 1,650.34 | 1,650.34 | 0.00 | 0.00 |
| 4 | Capital One Auto Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | OneMain | 3,053.68 | 3,053.68 | 0.00 | 0.00 |
| 7 | PINNACLE CREDIT UNION | 2,040.07 | 2,040.07 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 24,501.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - S. Gregory Hays | 95.57 | 0.00 | 95.57 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 12,500.00 | 0.00 | 12,500.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 305.57 | 0.00 | 305.57 |

Total to be paid for chapter 7 administrative expenses:  $ 16,151.14
Remaining balance:  $ 8,350.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 8,350.71

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 8,350.71 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,147.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Republic Finance, LLC | 2,471.88 | 0.00 | 708.19 |
| 3 | Discover Bank | 1,146.95 | 0.00 | 328.60 |
| 5 | Sterling Finance Company | 2,388.00 | 0.00 | 684.15 |
| 8 | PINNACLE CREDIT UNION | 852.22 | 0.00 | 244.16 |
| 9 | PINNACLE CREDIT UNION | 1,629.04 | 0.00 | 466.71 |
| 10 | 1st Franklin Financial Corporation | 857.44 | 0.00 | 245.65 |
| 11 | MERRICK BANK | 737.09 | 0.00 | 211.17 |
| 12 | Fortiva | 3,485.06 | 0.00 | 998.46 |
| 13 | Midland Funding LLC | 1,113.42 | 0.00 | 318.99 |
| 14 | Midland Funding LLC | 2,755.63 | 0.00 | 789.48 |
| 15 | Midland Funding LLC | 4,039.49 | 0.00 | 1,157.30 |
| 16 | Cavalry SPV I, LLC | 979.57 | 0.00 | 280.64 |
| 17 | Cavalry SPV I, LLC | 3,363.55 | 0.00 | 963.64 |
| 18 | PINNACLE CREDIT UNION | 0.00 | 0.00 | 0.00 |
| 19 | PINNACLE CREDIT UNION | 0.00 | 0.00 | 0.00 |
| 20 | PINNACLE CREDIT UNION | 0.00 | 0.00 | 0.00 |
| 21 | Directv, LLC | 456.15 | 0.00 | 130.69 |
| 22 | TD Bank USA, N.A. | 2,872.22 | 0.00 | 822.88 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,350.71 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR(5/1/2011)